ALSD Local 91 (Rev. 5/18)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Richard Colvin<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  24-mj-169 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 20, 2023__ in the county of __Mobile__ in the __Southern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Interstate Communications |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Michael Burton, FBI
*Printed name and title*

Sworn to before me and attestation acknowledgment pursuant to Fed. R. Crim. P. 4.1.

Date: 06/05/2024

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2024.06.05 10:39:22 -05'00'
*Judge's signature*

City and state: Mobile, Alabama

Hon. P. Bradley Murray, U.S. Magistrate Judge
*Printed name and title*