## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Mag. J. No.**  24-mj-169 |
| | * | |
| **RICHARD COLVIN** | * | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael Burton, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit, pursuant to Federal Rule of Criminal Procedure 4, in support of an application for a criminal complaint and an accompanying arrest warrant for **Richard David COLVIN**. All dates, times, locations, and/or amounts listed in my affidavit are approximations.

2.      I have been employed by the FBI for approximately eleven (11) years. During my tenure with the FBI, I have been assigned investigations dealing with counter terrorism, crimes against children, drug trafficking organizations, violent street gangs, and violent crimes. I have conducted and assisted in numerous investigations into threats transmitted in interstate commerce. Throughout these investigations I have debriefed defendants, witnesses, and informants, as well as others who have knowledge of the dangers these subjects present to their victims and the general public. My duties and responsibilities as a Special Agent include conducting criminal investigations of individuals and entities for possible violations of Federal Laws, particularly those laws found in, but not limited to, Title 18 and Title 21 of the United States Code.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses and others associated with this

investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that violation of **Interstate Communications** in violation of 18 United States Code 875(c) has been committed by COLVIN in the Southern District of Alabama.

## PROBABLE CAUSE

5.      On or around November 20, 2023, **COLVIN**, who self-identified himself, called the Christ United Church in Mobile, Alabama. This call was answered by receptionist Marsha Jacobs who is approximately 77 years old. During the interaction between COLVIN and Jacobs, COLVIN was extremely angry and used tremendously foul and vulgar language directed at Jacobs. COLVIN threatened Jacobs by describing how COLVIN was going to kidnap Jacobs, put her in a cage and repeatedly rape her. COLVIN then described how he would cut off his own penis and insert it into Jacob's vagina and anus. Additionally, anytime Jacobs attempted to speak, COLVIN would call Jacobs a "motherfucking bitch." The phone number used by COLVIN was identified as 971-230-4634. This number has been confirmed by a Grand Jury subpoena and a federal search warrant as being assigned to COLVIN.

6.      Between December 28, 2023, and February 22, 2024, COLVIN called the Christ United Church prayer line and left three (3) voicemails. COLVIN was angry that the Christ United Church separated from the Christ United Methodist Church over views regarding homosexuality. The calls are all directed towards Pastor Rob Blackwell and the church in general. COLVIN starts the voicemail by saying, "Hey Rob. Y'all are blasphemers there at that church in my hometown of Mobile. I can't wait to come to church there and let you folks know just what I think about you busting up a 8 million member United Methodist Church over who's sucking a fucking dick."

COLVIN is furious and uses vulgar and derogatory terms directed at Blackwell such as "motherfucker" and "faggot." COLVIN then provides his phone number of 971-230-4634 and screams that "he's goddamn had it with you fucks and your religious liberty. I'm going to exercise my goddamn religious liberty." On February 6, 2024, COLVIN left another voicemail in which he continues to rant angrily about the church separating from the United Methodist Church. COLVIN continues to use vulgar and derogatory language and terms and again provides his number as 971-230-4634 and states "I'm here in Mobile. How about I come over to church and have a conversation with you motherfuckers." On February 22, 2024, COLVIN leaves a third voicemail on the prayer line. COLVIN continues to rant about the separation of the church and continues to use vulgar terms to refer to Blackwell.

7.      On or around February 27, 2024, Christopher Farmer who is the Pastor for the First Baptist Church in Mobile, Alabama called COLVIN after COLVIN called the church the previous day. Immediately, COLVIN began to angerly rant and began to use foul, vulgar, and threatening language towards Farmer. Farmer informed COLVIN that he (Farmer) would not be spoken to that way. In response, COLVIN told Farmer that "he was going to come up there and fucking kick his ass." Farmer then hung up the phone. COLVIN immediately called back within 10-15 seconds and continued with foul, vulgar, and threatening language. Farmer advised COLVIN that he was going to put the phone in a desk drawer while he ranted. COLVIN responded by telling Farmer, "If you do that, I'm going to come up there and fucking kill you." Farmer put the phone in the desk until COLVIN hung up. COLVIN then immediately called back and continued the harassment. This happened approximately three (3) times. The phone number that COLVIN used to call the First Baptist Church was 251-214-6095. This number is confirmed to be assigned to Donna Gerhart. Gerhart is COLVIN'S mother. COLVIN self-identified himself during these

calls. Based on interviews and phone search warrant results it was confirmed that COLVIN was in the Mobile, Alabama area at the time of the calls and had access to Gerhart's phone.

8.     On May 17, 2024, COLVIN called the FBI Office in Mobile, Alabama which was answered by the Operations Center OST. During the 12 minute and 21 second call COLVIN began by blaming the FBI for not investigating his reports of foreign terrorism and his elderly mother not being allowed to receive pain medicine. COLVIN blames the FBI's "war on drugs." COLVIN became increasingly agitated and angry as the call progressed. The OST asked if she could transfer COLVIN to NTOC. COLVIN stated, "Oh no, I've called them 700 times in the last decade." COLVIN then began talking about the FBI is the cause for why his mother cannot get the pain medication she needs because Doctors are scared of the FBI. COLVIN went on to mention a Special Agent Tom Hetrick, "Where's Tom Hetrick? He still working there? COLVIN then complains that the DEA and DOJ has blocked his phone number. COLVIN demands to know why the special agent in charge has not returned his "700 phone calls between 2010 and 2022" and if he was a king "he would cut your fucking heads off." COLVIN continues to rant how the FBI sets up Muslims to commit terrorism. When the OST asks if there is anything else she can help him with COLVIN responds, "Yeah, call your fucking elected official and you tell them when Richard Colvin calls, you do what the fuck he says to do. That would be the best thing for you to do."

9.     On May 24, 2024, COLVIN Called the FBI Office in Mobile, Alabama. This call was answered by the Operations Center Operations Support Technician (OST) and lasted a duration of 12 minutes and 50 seconds. COLVIN was very agitated and immediately began using vulgar language with the OST and speaking about foreign terrorism from 2010. COLVIN asked where the FBI office was and stated, "I'm going to come find your offices. I'm down here in

Mobile now." COLVIN then ranted about the FBI's "war on drugs" and blames the FBI for his elderly mother's dementia because the FBI kept her from getting pain medication. COLVIN then asked again where the FBI office was. He stated, "Where's your office at here in Mobile? I'll just look it up, show up at your fucking door. Knock on your office all day. Stand outside all day and protest. . ." COLVIN continues to rant about the FBI setting up Muslims to commit terrorism and goes on to call the OST vulgar terms. During the duration of the call COLVIN becomes exponentially angrier and more vulgar. COLVIN references calling the FBI office previously and wants to know why "the" special agent hasn't called him and demands to know his name. COLVIN complains that the FBI's National Threat Operation Center (NTOC) refuses to take his calls anymore because he is a repeat reporter. COLVIN then demands the OST call the FBI office in JACKSON and tell them when COLVIN calls them from "971-230-4634, to take my (COLVIN) call. COLVIN continues to verbally abuse the OST with vulgar and derogatory language. At the end of the call, COLVIN repeats "foreign terrorism" 9 times.

10.    On April 2, 2024, the affiant interviewed COLVIN's brother "T.C." who is a deputy with the Mobile County Sheriff's Office (MCSO). T.C. confirmed that COLVIN's calling and ranting to individuals and organizations has been an ongoing problem. COLVIN has made these calls to MCSO as well and Tommy has been questioned by his superiors because of these calls. Tommy stated that COLVIN has been diagnosed with a mental health condition and has been prescribed medications for this condition. Tommy does not believe that COLVIN has access to firearms but could legally purchase a firearm if his mental health condition is not noted and that COLVIN is not anti-gun. Tommy believes that COLVIN has retired from the Navy reserves, but would not seek medical treatment from Veterans Affairs, because COLVIN does not think highly

of the medical community and "he knows better than everyone else." COLVIN has also had a religious obsession for 10 to 20 years.

11.     During the affiant's investigation into this matter, it has been discovered that COLVIN has a long and ongoing history of making harassing and threating calls to local, state, and federal agencies. While living in Oregon, COLVIN called and harassed the FBI Portland Field Office, the Columbia County Sheriff's Office, the Washington County Sheriff's Office, and the Portland Police Department who have all responded by blocking COLVIN from calling them. Additionally, the FBI's NTOC, DOJ, and DEA have also blocked COLVIN from calling. Additionally, the affiant was informed that on March 5, 2024, the Columbia County Sheriff's Office opened a matter to investigate COLVIN for making threats towards a Jewish Community Center.

12.     Due to the nature and volume of the calls, there is an ever-increasing concern that COLVIN may commit an act of violence. Based on the forementioned information there is a growing concern that COLVIN's mental health is deteriorating significantly and a propensity for violence is potentially increasing. COLVIN's military history would make it reasonable to believe that COLVIN would be proficient in the use of firearms. In addition to the affiant's concern for public safety, there is also a concern for COLVIN's safety.

13.     Based on the foregoing, Affiant respectively submits there is probable cause to believe **Interstate Communications** in violation of 18 United States Code 875(c) has been committed by COLVIN in the Southern District of Alabama.

14.     Accordingly, I respectfully request that the Court issue a criminal complaint and an accompanying arrest warrant for **Richard David COLVIN**.

Dated June 4, 2024.


Respectfully submitted,

Michael Burton
Special Agent
Federal Bureau of Investigation


THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(A) THIS
_____, JUNE ___5th___, 2024.

P. Bradley Murray   Digitally signed by P. Bradley Murray
                    Date: 2024.06.05 10:42:16 -05'00'

HONORABLE P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE