

JST

FILED IN OPEN COURT
JUN 27 2024
CHRISTOPHER L. EKMAN, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 24-98-KD |
| | * | USAO NO. 24R00111 |
| v. | * | MAG. NO. 24-mj-169 |
| | * | VIOLATION: 18 USC § 875(c) |
| RICHARD COLVIN | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about November 20, 2023, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**RICHARD COLVIN,**

knowingly and willfully did transmit in interstate and foreign commerce from the State of Oregon to the State of Alabama, a communication, to-wit: a phone call, to the Christ United Methodist Church in Mobile, AL, and answered by an individual whose name is known to the Grand Jury and who is identified herein as M.J., and the communication contained a threat to injure persons in Alabama; specifically, COLVIN threatened to kidnap M.J., put her in a cage, and repeatedly rape her, or words to that effect.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

1

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*Jessica S. Terrill*
JESSICA S. TERRILL
Assistant United States Attorney

*Crippen for Costello*
SEAN P. COSTELLO
United States Attorney                          JUNE 2024