# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CRIM. ACT. NO. 1:24-cr-098-TFM
)
RICHARD COLVIN )

## VERDICT FORM

1. We, the Jury, find by unanimous verdict, the Defendant, RICHARD COLVIN, as charged in Count One of the Superseding Indictment (Title 18, U.S.C., § 8785(c): Transmission of Interstate Threat):

   _____ Guilty

   __✓___ Not guilty

2. We, the Jury, find by unanimous verdict, the Defendant, RICHARD COLVIN, as charged in Count Two of the Superseding Indictment (Title 18, U.S.C., § 8785(c): Transmission of Interstate Threat):

   _____ Guilty

   _____ Not guilty

SO SAY WE ALL.

Date: _04/17/25_

_____
Foreperson

FILED IN OPEN COURT

APR 17 2025

CHRISTOPHER EKMAN
CLERK