## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA     )
                                    )

v.                                 )       **CRIM. ACT. NO. 1:24-cr-098-TFM**
                                    )

RICHARD COLVIN             )

## VERDICT FORM

1. We, the Jury, find by unanimous verdict, the Defendant, RICHARD COLVIN, as charged in Count Two of the Superseding Indictment (Title 18, U.S.C., § 875(c): Transmission of Interstate Threat):

        __X__ Guilty

        _____ Not guilty

SO SAY WE ALL.

Date: _5-20-25_

Foreperson _____