**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 24-CR-00098** |
| | * | |
| | * | |
| **RICHARD COLVIN** | * | |

**UNITED STATES' SENTENCING MEMORANDUM**

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, respectfully submits this sentencing memorandum for the Court's consideration prior to the sentencing of defendant Richard Colvin, which is currently scheduled for 10:00 am on August 21, 2025. The United States' sentencing presentation likely will not exceed 30 minutes.

**I.    BACKGROUND**

On May 21, 2025, the defendant was found guilty by jury verdict of count two of the superseding indictment charging a violation of 18 U.S.C. § 875(c). On July 16, 2025, the U.S. Probation Office published Colvin's draft presentence investigation report ("PSR"). Doc. 141. Colvin's advisory Guidelines range is 21 to 27 months. *Id.*, PageID.13, ¶¶ 53. It is the United States' position that an enhancement for obstruction of justice should be applied pursuant to U.S.S.G. § 3C1.1, making Colvin's advisory Guidelines range 27 to 33 months. For the reasons set forth below, the United States respectfully urges the Court to impose a sentence that varies upward from the advisory Guidelines range.

## II.    DISCUSSION OF THE SECTION 3553(a) FACTORS

Section 3553(a) of Title 18 identifies the statutory factors, in addition to the guidelines, that the Court considers in pronouncing an appropriate sentence. An upward variance is appropriate in this case given the defendant's conduct leading up to the charges in the present case, his conduct during trial, his post-trial conduct, and the need to protect the public from the defendant. His conduct, as discussed below, also warrants an enhancement for obstruction of justice pursuant to U.S.S.G. § 3C1.1.

Among other factors, the nature and circumstances of defendant's crime make an upward variance appropriate. Defendant's offense centered around the goal of harassing and striking fear in members of the public—something defendant had long been doing but now graduated to threatening the life of a man in ministry. Defendant has exhibited this conduct for years, indicating that rehabilitation is unlikely, and that confinement is the only way to prevent him from continuing to harass, threaten, and intimidate people. See *United States v. White*, 654 F. App'x 956, 972 (11th Cir. 2016).

Defendant's post-trial conduct only confirms this, as defendant has been escorted out of the U.S. Probation Office for shouting profanities, has continually made harassing phone calls to Alabama Bureau of Pardons & Paroles, and threatened the jobs of probation officers in response to his review and disagreement with the draft PSR. As such, this case presents an acute need for the Court's sentence to promote respect for the law, 18 U.S.C. § 3553(a)(2)(A), provide specific and general deterrence, *id.* § 3553(a)(2)(B), and protect the public from further crimes, *id.* § 3553(a)(3)(C).

2

## III.    CONCLUSION

For the safety of the public, the United States urges the Court to impose a sentence as to defendant that serves the purposes set out in 18 U.S.C. § 3553. It is the stance of the United States that the Court should impose a sentence that varies upward from the advisory Guidelines range.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*/s/ Jessica S. Terrill*
Jessica S. Terrill
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama  36602
(251) 441-5845
jessica.terrill@usdoj.gov

*/s/ Tandice H. Blackwood*
Tandice H. Blackwood
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama  36602
(251) 441-5845
tandice.blackwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for the defendants.

/s/ Jessica S. Terrill
Jessica S. Terrill
Assistant United States Attorney